Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 27, 2005









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 27, 2005.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00083-CV

____________

 

IN RE QUALITY CONTAINER MAINTENANCE,
L.P., DARYL SMITH, and RAY MYERS, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 27, 2005, relators
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relators also filed
a motion for emergency temporary relief.

Relators have not established their
entitlement to mandamus relief. 
Accordingly, we deny relators= petition for writ of mandamus and
motion for emergency temporary relief. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed January 27, 2005.

Panel consists of
Justices Hudson, Edelman, and Guzman.